Order entered November 5, 2012

004737



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-12-00926-CR

---

**HERNAN FRAIRE, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-23600-T**

---

## ORDER

The Court **REINSTATES** the appeal.

On October 11, 2012, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On October 29, 2012, we received the reporter's record. Therefore, we conclude findings are no longer necessary and **VACATE** the October 11, 2012 order.

Appellant's brief is due within thirty days of the date of this order.

DAVID L. BRIDGES
JUSTICE